CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2016

JULIA C____, CLERK
BY: _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM ANTOINE JASPER, | ) | CASE NO. 7:16CV00427 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| MARTIN KUMER, ACRJS | ) | |
| SUPERINTENDENT, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, and the action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 27th day of September, 2016.

_____
Chief United States District Judge